# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **22–17212 – NVA**   Chapter: **7**

**Sherie Holden**
Debtor

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 4/18/23.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 4/18/23

   Mark A. Neal, Clerk of Court
   by Deputy Clerk, Kizzy Fraser
   410–962–4277

Form ntcdsm